JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GS HOLISTIC, LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>ZEE SMOKE SHOP d/b/a ZEE SMOKE SHOP, EIAD F SIF, and ELIAS SAIF,<br><br>          Defendants, | No.  2:22-cv-06869-JFW-PVCx<br><br>**FINAL JUDGMENT** |

The Court has before it the Plaintiff GS HOLISTIC, LLC's Motion for Default Final Judgment against All Defendants, ZEE SMOKE SHOP d/b/a ZEE SMOKE SHOP, EIAD F SIF, and ELIAS SAIF (collectively, "Defendants"). Having considered the Plaintiff's Motion and all documents and evidence attached thereto, and the Court being fully advised, and good cause shown:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment be

entered in favor of the Plaintiff on all claims, and the Defendants are liable to the Plaintiff in the amount of $151,038.55 (statutory damages of $150,000.00 plus costs of $1,038.55).

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Defendants, their agents, employees, officers, directors, owners, representatives, successor companies, related companies, and all persons acting in concern or participation with it are permanently restrained and enjoined from infringing upon the Stündenglass Marks directly or contributorily, in any manner, including but not limited to:

(a) Import, export, making, manufacture, reproduction, assembly, use, acquisition, purchase, offer, sale, transfer, brokerage, consignment, distribution, storage, shipment, licensing, development, display, delivery, marketing advertising or promotion of the counterfeit Stündenglass product identified in the complaint and any other unauthorized Stündenglass product, counterfeit, copy or colorful imitation thereof;

(b) Assisting, aiding or attempting to assist or aid any other person or entity in performing any of the prohibited activities referred to in Paragraphs (a) above.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that pursuant to 15 U.S.C. §1118, the Defendants, at their cost, deliver to the Plaintiff for destruction

all products, accessories, labels, signs, prints, packages, wrappers, receptacles, advertisements, and other material in their possession, custody or control bearing any of the Stündenglass Marks.

IT IS SO ORDERED.

DATED: July 3, 2023

                                                             *[signature]*
                                                        United States District Court Judge